

**E. Stewart Jones, Jr.**
**W. Farley Jones**

George E. LaMarche III
Meghan Rielly Keenholts
Sarah A. Spain

*Since 1898*

28 Second Street
Troy, New York 12180
Telephone (518) 274-5820
Toll Free (866) ESJONES
(866) 375-6637
Fax (518) 274-5875
E-mail: info@esjlaw.com

November 30, 2009

Hon. Thomas J. McAvoy
Senior United States District Judge
Northern District of New York
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, New York   13901

    Re:   The Plastic Surgery Group, LLP, et al
          Our File No. 09-CR-411 (TJM)

Dear Judge McAvoy:

    I join in Mr. Capezza's request that the sentencing of The Plastic Surgery Group, LLP be deferred until a date in mid to late January that is convenient to the court.

    I have joined in a similar request to adjourn the sentencing of the individual doctors before Judge Homer.

    I have not yet received any pre-sentencing reports and there simply would not be sufficient time to analyze and respond to those reports, and also submit any indicated sentencing memorandum to the court.

    A delay in the sentencing will serve the interests of justice and enable all those being sentenced, as well as the court, to have the sentencing decision reflect all relevant available information, analysis and argument.

    Thank you very much for your patience, consideration and understanding.

                              Respectfully submitted,

                              E. STEWART JONES, PLLC

                              *E. Stewart Jones, Jr.*

                              E. Stewart Jones, Jr.

ESJ,JR./ml

*Page 2*
*Re:  The Plastic Surgery Group, LLP, et al*
*November 30, 2009*


*cc:  Hon. David R. Homer*
*     James T. Foley U.S. Courthouse*
*     445 Broadway*
*     Albany, New York    12207*